UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, | ) |
| Plaintiff, | ) No. _____ |
| v. | ) |
| JONATHON E. MONKEN, Director of the Illinois Department of State Police, | ) **CERTIFICATE OF INTEREST** |
| Defendant. | ) |

The undersigned, counsel of record for Plaintiff Ellen Mishaga, furnishes the following in compliance with Rule 11.3 of this Court.

1. Ellen Mishaga, Plaintiff.

2. Not applicable.

3. Mountain States Legal Foundation.

Respectfully submitted this 27th day of July 2010.

By: /s/ James M. Manley
James M. Manley, Esq.
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmanley@mountainstateslegal.com

Attorney for Plaintiff