AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| ELLEN MISHAGA | )
 Plaintiff | )
 v. | )   Civil Action No.   10-3187
 JONATHON E. MONKEN, Director of the Illinois Department of State Police | )
 Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jonathon E. Monken
Illinois State Police
Office of the Director
801 South Seventh Street
Suite 1100 - S
Springfield, Illinois 62794-9461

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Manley, Esq.
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/Pamela E. Robinson
*CLERK OF COURT*

Date: July 28, 2010

s/M. Stewart
*Signature of Clerk or Deputy Clerk*