10-6587

E-FILED
Monday, 23 August, 2010  02:40:05 PM
Clerk, U.S. District Court, ILCD

E-FILED
Wednesday, 28 July, 2010  09:39:31 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| ELLEN MISHAGA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-3187 |
| JONATHON E. MONKEN, Director of the Illinois Department of State Police | ) |
| *Defendant* | ) |

RECEIVED
AUG 0 4 2010
SHERIFF'S OFFICE
RECORD SECTION

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jonathon E. Monken
Illinois State Police
Office of the Director
801 South Seventh Street
Suite 1100 - S
Springfield, Illinois 62794-9461

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Manley, Esq.
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO  80227

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/Pamela E. Robinson
*CLERK OF COURT*

Date: July 28, 2010

s/M. Stewart
*Signature of Clerk or Deputy Clerk*

8/9/10

510827



## Sangamon County Sheriff's Office
*"Keeping the Peace Since 1821"*

NEIL M. WILLIAMSON

(217) 753-6855
(217) 753-6387 FAX

#1 SHERIFF'S PLAZA
SPRINGFIELD, ILLINOIS 62701

I, _Gary Dougherty #3997_ certify that I served this summons as follows:

☐ Personal service on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ Abode service on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other service, as described below.

Case Number _10-3187_

Name of defendant _IL. STATE POLICE_

Name of other person
Summons left with _LISA FREITAG_

Sex ( M /Ⓕ ) Race _W_ Approx. age _50_

Date of Service _8/9/10_ Time _1045_

Date of Mailing _____

Address at which paper was served:

_801 S. 7TH_

Service fees $_42.00_

Neil Williamson, Sheriff of Sangamon County

By, _Gary Dougherty_, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY