## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 10-3187 |
| ) | |
| JONATHON MONKEN, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR ENLARGMENT OF TIME

COMES NOW the Defendant, Jonathon Monken, by and through its counsel, LISA MADIGAN, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby requests an enlargement of time, up to and including, October 15, 2010, within which to answer or otherwise to plead to plaintiff's complaint. In support thereof, the following statements are made:

1. On July 27, 2010 Plaintiff filed his Complaint in this matter alleging violations of her Constitutional rights resulting from Defendant's denying her an Illinois FOID Card.

2. Defendant's answer, or other response to the complaint, is due today, October 8, 2010.

3. The undersigned has conferred with her client as well as Plaintiff's counsel regarding this matter in order to ascertain the salient issues presented in this case.

4. In addition, the undersigned has been researching and drafting Defendant's response to the complaint, but requires more time to finalize and edit the Defendant's response.

5.  As such, the Defendant respectfully requests an extension of time, of one week, up to and including, October 15, 2010, to answer or otherwise respond to the Complaint.

6.  The undersigned has conferred with Plaintiff's counsel and was informed that Plaintiff had no position on this motion.

7.  This motion is made in good faith and not for the purpose of undue delay.

WHEREFORE, Defendant, Jonathon Monken, respectfully requests additional time of one week up to, and including, October 15, 2010, within which to answer or otherwise to plead to Plaintiff's Complaint.

          Respectfully Submitted,

          JONATHON MONKEN,

            Defendant,

          LISA MADIGAN, Attorney General,
          State of Illinois

Joanna Belle Gunderson           Attorney for Defendant,
Illinois Bar # 6286292
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706       By:  /s/ Joanna Belle Gunderson
(217) 782-1841                  JOANNA BELLE GUNDERSON
                                     Assistant Attorney General

Of Counsel.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| ELLEN MISHAGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 10-3187 |
| | ) | |
| JONATHON MONKEN, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Joanna Belle Gunderson, Assistant Attorney General, hereby certify that on October 8, 2010, I electronically filed the foregoing Motion for Extension of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Plaintiff:

James M. Manley
jmanley@mountainstateslegal.com

and I hereby certify that on October 8, 2010, I mailed by United States Postal Service, the document to the following non-registered participant:

NONE

Respectfully submitted,

/s/Joanna Belle Gunderson
Joanna Belle Gunderson
Illinois Bar # 6286292
Assistant Attorney General
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
jgunderson@atg.state.il.us