## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 10-3187 |
| | ) |
| JONATHON MONKEN, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO DISMISS

NOW COMES the Defendant, Jonathon Monken, by and through his counsel, LISA MADIGAN, Attorney General for the State of Illinois, and for his Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) states as follows:

1. Plaintiff alleges in her complaint that her constitutional rights are being violated because the Illinois State Police will not issue an Illinois Firearm Owners Identification ("FOID") Card to Plaintiff due to her Ohio residency.

2. Plaintiff alleges that as a result of not having an Illinois FOID Card, she cannot in Illinois possess firearms which she is lawfully able to possess in Ohio.

3. A plain reading of the Illinois FOID Card Act reveals that, as a nonresident who is lawfully able to possess firearms in her home state, Plaintiff is not required to have an Illinois FOID Card in order to  firearms in Illinois. *See* 430 ILCS 65/2(b).

4. As such, Plaintiff has failed to state a claim for violation of her constitutional right to bear arms and right to travel, and Plaintiff's complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

5. Attached hereto and incorporated herein is a memorandum of law in support of this motion.

WHEREFORE, Defendant respectfully requests that this honorable Court grant his Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

        Respectfully Submitted,

        JONATHON MONKEN,

        Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois

Joanna Belle Gunderson         Attorney for Defendant,
Illinois Bar # 6286292
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706         By:  /s/ Joanna Belle Gunderson
(217) 782-1841                   JOANNA BELLE GUNDERSON
                                        Assistant Attorney General

Of Counsel.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 10-3187 |
| | ) |
| JONATHON MONKEN, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Joanna Belle Gunderson, Assistant Attorney General, hereby certify that on October 15, 2010, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Plaintiff:

James M. Manley
jmanley@mountainstateslegal.com

and I hereby certify that on October 15, 2010, I mailed by United States Postal Service, the document to the following non-registered participant:

NONE

Respectfully submitted,

 /s/Joanna Belle Gunderson
Joanna Belle Gunderson
Illinois Bar # 6286292
Assistant Attorney General
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
jgunderson@atg.state.il.us