## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, ) | |
| ) | |
| Plaintiff, ) | No. 10-cv-03187-MPM-CHE |
| ) | |
| v. ) | |
| ) | |
| JONATHON E. MONKEN, Director of ) | **UNOPPOSED MOTION FOR LEAVE TO** |
| the Illinois Department of State Police, ) | **FILE FIRST AMENDED COMPLAINT** |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff Ellen Mishaga, by and through her undersigned attorney, respectfully requests leave to file an amended complaint. The grounds for this Motion are as follows:

    1.    On July 27, 2010, Plaintiff filed a Complaint for Declaratory and Injunctive Relief against Defendant Jonathon E. Monken, Director of the Illinois Department of State Police.

    2.    On January 28, 2011, Defendant provided his initial disclosures to Plaintiff.

    3.    Defendant Monken disclosed that Michael W. Vorreyer has responsibility for the FOID Card Unit of the Illinois Department of State Police.

    Wherefore, Plaintiff respectfully requests leave to file an amended complaint to add Michael W. Vorreyer, Master Sergeant, Illinois Department of State Police, as a defendant. Plaintiff has submitted an amended complaint together with this Motion. Defendant Monken, through counsel, consents to the filing of the accompanying amended complaint.

Respectfully submitted this 28th day of February 2011.


                                                  By: /s/ James M. Manley
                                                  James M. Manley, Esq.
                                                  Mountain States Legal Foundation
                                                  2596 South Lewis Way
                                                  Lakewood, Colorado 80227
                                                  (303) 292-2021
                                                  (303) 292-1980 (facsimile)
                                                  jmanley@mountainstateslegal.com

                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of February 2011, I filed the foregoing document using the CM/ECF system, which caused the following to be served by electronic means:

Joanna Belle Gunderson
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
jgunderson@atg.state.il.us


       /s/ James M. Manley
       James M. Manley