3:10-cv-03187-SEM-CHE  # 15  Page 1 of 2   11-1773   E-FILED
3:10-cv-03187-MPM-CHE  # 14  Page 1 of 2   Tuesday, 29 March, 2011 05:03:18 PM
                                            Clerk, U.S. District Court, ILCD
                                            Wednesday, 02 March, 2011 09:40:29
                                            Clerk, U.S. District Court, IL

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

ELLEN MISHAGA

    *Plaintiff*

v.

JONATHON E. MONKEN, Director of the Illinois Department of State Police

    *Defendant*

Civil Action No. 10-3187

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Master Sergeant Michael Vorreyer
Illinois State Police
Firearms Services Bureau
801 South Seventh Street, Suite 1000-S
P.O. Box 19461
Springfield, Illinois 62794-9461

RECEIVED
MAR 0 8 2011
SHERIFF'S OFFICE
RECORD SECTION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James M. Manley, Esq.
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: March 2, 2011

s/ Pamela E. Robinson
*Signature of Clerk or Deputy Clerk*

548545

3/24/11



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

NEIL M. WILLIAMSON
#1 Sheriffs Plaza
Springfield, Illinois 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, Gary R. Dougherty #3997 certify that I served this summons as follows:

☐ **Personal service** on an individual, by leaving a copy of the summons and complaint with the defendant personally.

☐ **Abode service** on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☐ **Corporation service**, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☒ **Other service**, as described below. LEGAL DEPT.

Case Number 10-3187
Name of defendant MASTER SGT. MICHAEL VONREYER
Name of other person
Summons left with LINDA PEARMAN
Sex ( M /(F)) Race W   Approx. age 50
Date of Service 3/21/11 2010 Time 1320
Date of Mailing _____

Address at which paper was served:
801 S. 8 7"

Service fees ~~$25.00~~ $42.00

_____ Neil Williamson, Sheriff of Sangamon County
By, [signature] , Civil Process Officer

**IN PARTNERSHIP WITH THE COMMUNITY**