IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ELLEN MISHAGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No.10-3187 |
| | ) |
| HIRAM GRAU, Director of the Illinois | ) |
| Department of State Police, and | ) |
| MICHAEL VORREYER, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Lisa Madigan, Attorney General of the State of Illinois, by Bianca R. Chapman, Assistant Attorney General, State of Illinois, hereby enters her appearance on behalf of Defendants HIRAM GRAU, Director of the Illinois Department of State Police and MICHAEL VORREYER, in the above cause.

    Respectfully submitted,

    HIRAM GRAU, Director of the Illinois Department
    Of State Police, and MICHAEL VORREYER,

        Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois

        Attorney for Defendants

By:s/Bianca R. Chapman
    Bianca R. Chapman #6292541
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois  62706
    Telephone: (217)782-5819
    Facsimile:  (217) 524-5091
    E-Mail:  bchapman@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ELLEN MISHAGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.10-3187 |
| ) | |
| HIRAM GRAU, Director of the Illinois ) | |
| Department of State Police, and ) | |
| MICHAEL VORREYER, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2011, I presented the foregoing ENTRY OF APPEARANCE to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

James M. Manley
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227

and I hereby certify that on July 25, 2011, I have mailed by United States Postal Service, the document to the following non-registered participant:

NONE

Respectfully submitted,

By:s/Bianca R. Chapman
Bianca R. Chapman #6292541
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone: (217)782-5819
Facsimile:  (217) 524-5091
E-Mail:  bchapman@atg.state.il.us