IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   -vs- | )    No. 10-3187 |
| | ) |
| JONATHON MONKEN, Director of | ) |
| the Illinois Department of State Police; | ) |
| MICHAEL VORREYER, Master Sergeant, | ) |
| Illinois Department of State Police, | ) |
| | ) |
|       Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, HIRAM GRAU, Director of the Illinois State Police[1], and MICHAEL W. VORREYER ("Defendants"), by and through their counsel, LISA MADIGAN, Attorney General for the State of Illinois, and for their Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56, state as follows:

Plaintiff, an Ohio resident, brought the present action against Defendants in their official capacities alleging that Defendants violated her rights under the Second and Fourteenth Amendments, and Article IV of the United States Constitution, by not issuing her an Illinois Firearm Owners Identification ("FOID") Card. She alleges that without a FOID Card she is unable to lawfully possess firearms in her friends' Illinois homes when she is an overnight guest. In the instant case, summary judgement is proper because there is no genuine issue of material fact, and the undisputed material facts do not support a finding that Plaintiff meets the standing or ripeness

---

[1] Jonathan Monken is no longer the Director of the Illinois State Police ("Director"). As this matter is proceeding against the Director in his official capacity, Mr. Monken's successor, Hiram Grau, is automatically substituted for Mr. Monken as a Defendant in this matter pursuant to Fed. R. Civ. P. 25(d).

requirements for a case or controversy to exist. Plaintiff has suffered no injury-in-fact sufficient to confer standing or ripeness where: 1) Illinois law allows Plaintiff to do the action she complains she is being prevented from doing, *i.e.* possess her firearms in her friends' Illinois homes when she is an overnight guest; and 2) Plaintiff did not own a firearm at the time she filed her complaint. Thus, Defendants are entitled to summary judgement because there is no case or controversy.

Although the court need not reach the issue of the Firearm Owners Identification Card Act's constitutionality because Plaintiff lacks standing to challenge it, Defendants are also entitled to summary judgment because the undisputed evidence shows that the FOID Act does not violate the Second or Fourteenth Amendments, nor the right to travel guaranteed by Article IV of the United States Constitution

WHEREFORE, Defendants respectfully request this honorable Court grant their Motion for Summary Judgment and enter judgment in Defendants' favor.

        Respectfully Submitted,

        JONATHON MONKEN and MICHAEL VORREYER,

        Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois

Deborah Barnes, #6187804         Attorney for Defendants,
Bianca R. Chapman, 6292541
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706         By: /s/ Bianca R. Chapman
(217) 782-5819                     Bianca R. Chapman
                                      Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 10-3187 |
| | ) |
| JONATHON MONKEN, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Bianca R. Chapman, Assistant Attorney General, hereby certify that on October 3, 2011, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Plaintiff:

James M. Manley
jmanley@mountainstateslegal.com

and I hereby certify that on October 3, 2011, I mailed by United States Postal Service, the document to the following non-registered participant:

None

Respectfully submitted,
 /s/ Bianca R. Chapman
Bianca R. Chapman, #6292541
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
bchapman@atg.state.il.us