# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ELLEN MISHAGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 10-3187 |
| | ) | |
| JONATHON MONKEN, Director of | ) | |
| the Illinois Department of State Police; | ) | |
| MICHAEL VORREYER, Master Sergeant, | ) | |
| Illinois Department of State Police, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF COMPLIANCE WITH LOCAL RULE 7.1

Bianca R. Chapman, hereby certifies, in accordance with Rule 7.1 of the Local Rules of the United States District Court for the Central District of Illinois, that the memorandum of law contains 27,447 characters according to Word Perfect, the word processing application used to draft the memorandum.

Respectfully Submitted,

JONATHON MONKEN and MICHAEL VORREYER,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

Attorney for Defendants,

Deborah Barnes, #6187804
Bianca R. Chapman, #6292541
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 782-5819

By:  /s/ Bianca R. Chapman
    Bianca R. Chapman
    Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 10-3187 |
| | ) |
| JONATHON MONKEN, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I, Bianca R. Chapman, Assistant Attorney General, hereby certify that on October 3, 2011, I electronically filed the foregoing Notice of Compliance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Plaintiff:

James M. Manley
jmanley@mountainstateslegal.com

and I hereby certify that on October 3, 2011, I mailed by United States Postal Service, the document to the following non-registered participant:

None

Respectfully submitted,
/s/ Bianca R. Chapman
Bianca R. Chapman, #6292541
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
bchapman@atg.state.il.us