# EXHIBIT 3

                                                                    1

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE CENTRAL DISTRICT OF ILLINOIS

3

4

5   ELLEN MISHAGA,                  )
                                    )
6              Plaintiff,           )
                                    )
7      vs.                          )  No. 10-3187
                                    )
8   HIRAM GRAU, Director of         )
    the Illinois Department         )
9   of the State Police and         )
    MICHAEL VORREYER,
10
               Defendants.
11

12

13           Deposition of MICHAEL VORREYER, taken

14   before Cathy J. Craggs, CSR, at the instance of the

15   Plaintiff, on July 26, 2011, at the hour of 1:00 p.m.,

16   at 3000 Montvale, Springfield, Illinois, pursuant to

17   attached stipulation.

18

19

20

21              ASSOCIATED COURT REPORTERS
                    1-800-252-9915
22                   P.O. Box 684
              Taylorville, Illinois 62568
23

24

                                                                2

1                    S T I P U L A T I O N

2              It is stipulated between the parties

3    herein, through their attorneys, that the discovery

4    deposition of MICHAEL VORREYER may hereby be taken

5    upon oral interrogatories, on July 26, 2011, at the

6    hour of 1:00 p.m., at 3000 Montvale, Springfield,

7    Illinois, before the instance of the Plaintiff, and

8    before Cathy J. Craggs, CSR and RPR.

9              That the oral interrogatories and the

10   answers of the witness may be taken down in shorthand

11   by the Reporter and afterwards transcribed.

12             That the reading and signing of said

13   deposition is NOT waived.

14             That the deposition or any portions

15   thereof may be used by any of the parties hereto,

16   without foundation proof, for any purpose for which

17   depositions are competent.

18             That copies of the deposition may be

19   furnished to any of the parties at his or her own

20   expense.

21

22

23

24

```
                                                              3
 1    APPEARANCES:    (July 26, 2011)

 2

 3      MOUNTAIN STATES LEGAL FOUNDATION
        By Mr. Jim Manley
 4      Attorney at Law
        2596 South Lewis Way
 5      Lakewood, Colorado   820227
            Appeared on behalf of the Plaintiff;
 6
        ATTORNEY GENERAL'S OFFICE
 7      By Ms. Bianca R. Chapman
        Attorney at Law
 8      500 South Second Street
        Springfield, Illinois   62706
 9          Appeared on behalf of the Defendant.

10                  ***       ***

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

4

# I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
| --- | --- | --- | --- | --- |
| **MICHAEL VORREYER** | 5 | 51 | 55 | 61 |

# E X H I B I T S

| EXHIBIT | PAGE |
| --- | --- |
| Exhibit 1 | 15 |
| Exhibit 2 | 29 |
| Exhibit 3 | 32 |
| Exhibit 4 | 34 |
| Exhibit 5 | 39 |
| Exhibit 6 | 47 |

***EXHIBITS ATTACHED***

                                                                    5

1              **MICHAEL VORREYER,**

2    called as a witness herein, at the instance of

3    the Plaintiff, having been duly sworn on his oath,

4    testified as follows:

5                    DIRECT EXAMINATION

6                    CONDUCTED BY MR. MANLEY:

7       **Q.  So has the witness been sworn in?**

8                    COURT REPORTER:  Yes.

9       **Q.  My name is Jim Manley and I represent the**

10   **Plaintiff in the case Mishaga v Grau and I called you**

11   **here to take your deposition.**

12               **Would your state your name and spell it**

13   **for the record, please?**

14      A.  Mike Vorreyer, V, Victor, O-R-R-E-Y-E-R.

15      **Q.  And let's just go around the table so we**

16   **know who's here.  If you would just state your name**

17   **and who you are?**

18                    MS. CHAPMAN:  Sure.  Bianca

19   Chapman attorney for the Defendants.

20                    MR. CARTER:  Master Sergeant

21   John Carter state police legal counsel.

22      **Q.  So have you had your deposition taken**

23   **before?**

24      A.  Yes.

1   Q.  Okay.  Were you familiar with the
2   application before the lawsuit was filed?
3   A.  No.
4   Q.  Okay.  Were Ms. Mishaga's applications
5   denied?
6   A.  No.
7   Q.  What was the disposition of her
8   applications?
9   A.  Incomplete.
10  Q.  How so?
11  A.  A missing drivers license information.
12  Q.  Do you know what, in particular what
13  information was missing?
14  A.  I do not have the application, I have a copy
15  of the informational sheet that was sent back to her.
16  Q.  Okay.  Let me mark this.
17              (Exhibit 3 marked for identification
18               by the Court Reporter.)
19  Q.  So what I've just handed you is a document
20  marked Exhibit 3, can you identify it?
21  A.  It looks like a copy of a FOID application
22  for Ellen Mishaga.
23  Q.  And looking at the application can you tell
24  me if you were getting this application in the mail

1  like a normal FOID application, can you walk me
2  through your analysis of it?
3              MS. CHAPMAN: Objection,
4  foundation and calls for speculation.  I don't think
5  he's testified that he gets those applications.
6      Q.  Okay.
7      A.  If this came across my desk, it would be
8  sent back with an informational sheet for missing
9  drivers license number.  I would have to look at other
10 checks on the sheet, if there was a check for out of
11 state resident.
12     Q.  Are there any other problems that you see
13 with the application?
14     A.  The out of the state residents and no
15 Illinois drivers license or Illinois State ID number.
16     Q.  Okay.  Great, thank you.
17              Do you know was Ms. Mishaga issued a
18 FOID card?
19     A.  She was not.
20     Q.  And why not?
21     A.  It was sent back to her as incomplete.
22     Q.  And why was it incomplete?
23     A.  Do you have the checklist?
24

34

1       (Exhibit 4 marked for identification
2            by the Court Reporter.)
3            MS. CHAPMAN:  Can we clarify
4  with regard to which application are you referring
5  because it looks like you've given him, there are two
6  separate checklists that were returned to her, which
7  is this regarding?
8       Q.  Sure.
9            Well, okay.  We've just handed you a
10 document labeled Exhibit 4, can you identify the
11 document?
12      A.  It looks like a checklist for a returned
13 FOID card, for returned FOID application.
14      Q.  And do you recognize the checklist, do you
15 know?
16      A.  Yes.
17      Q.  Do you know what application it is in
18 response to?
19      A.  No.
20      Q.  Okay.  That's the response to Ms. Mishaga's
21 second application, it's been previously disclosed.
22           So I believe the question that we were
23 on was what, what, why was Ms. Mishaga not issued a
24 FOID card?

1  A. This was other reason due to Illinois State
2  law you must have a valid Illinois drivers license or
3  Illinois State ID in order to be eligible for an
4  Illinois FOID card.
5  Q. Okay. Is that an accurate statement of the,
6  of the Illinois State Police policy?
7  A. Yes.
8  Q. Okay. Now you may have already answered
9  this question but just so we are on the same page.
10  Based on these applications is Ms.
11  Mishaga or this application is she eligible for a FOID
12  card?
13  MS. CHAPMAN: Objection,
14  foundation.
15  A. Based on this application I can't determine
16  her eligibility.
17  Q. What information would you need in order to
18  determine her eligibility?
19  A. When I refer to eligibility, I mean her
20  eligibility to possess firearms, her criminal history
21  based on her being an out of state resident if she did
22  not provide any other information showing she's an
23  Illinois resident, it's just an incomplete
24  application.

1  **Q. What information would Ms. Mishaga need to**
2  **provide in order for her application to be processed?**
3      A. Illinois address and Illinois drivers
4  license or ID card.
5      **Q. So I want to direct your attention to, I**
6  **guess, the fifth paragraph on Exhibit 4, could you**
7  **just read that paragraph for us?  It's the one that**
8  **begins no Illinois drivers license.**
9      A. No Illinois drivers license or state
10 identification number provided.  If you're employed in
11 the protective security or public safety fields in
12 Illinois, and the employment requires you to have a
13 FOID card, or you're in the United States armed
14 services or permanent duty assigned in Illinois, you
15 may be eligible for relief for this requirement.
16 Please call the Firearms and Information Services
17 Resources Bureau at 217-782-7980 if you would like
18 information on the relief process.
19     **Q. Can you describe for us the relief process,**
20 **what does that mean?**
21     A. The relief process in reference to the FOID
22 card would be as read in there.  If you are employed
23 in Illinois, and it requires you to be armed, we can
24 grant relief to issue a FOID card for that individual