**E-FILED**
Monday, 03 October, 2011 05:53:36 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, | ) |
| Plaintiff, | ) No. 10-cv-03187-MPM-CHE |
| v. | ) |
| JONATHON E. MONKEN, Director of the Illinois Department of State Police, | ) INITIAL DISCLOSURES OF PLAINTIFF ELLEN MISHAGA |
| Defendant. | ) |

Plaintiff, Ellen Mishaga, by and through her undersigned attorney, hereby submits her Federal Rule of Civil Procedure 26(a)(1) disclosures:

**A.    THE NAME AND, IF KNOWN, THE ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION — ALONG WITH THE SUBJECTS OF THAT INFORMATION — THAT THE DISCLOSING PARTY MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES, UNLESS THE USE WOULD BE SOLELY FOR IMPEACHMENT;**

Ellen Mishaga
9104 Gregory Ct
Mentor, Ohio 44060
440-205-1958

Ms. Mishaga has knowledge of her travels to Illinois, her self-defense concerns when in Illinois, and her eligibility for an Illinois Firearms Owner Identification Card ("FOID").

James Telzrow
P.O. Box 259
White Hall, Illinois 62092
217-374-2997

Mr. Telzrow lives in Illinois, is licensed pursuant to the FOID Act to possess firearms, and lawfully possess firearms in his home. He hosts Ms. Mishaga in his home when she visits Illinois and desires for her to be able to lawfully possess functional firearms in his home for self-defense.

Jonathon E. Monken
Director
Illinois Department of State Police
Office of the Director
801 South Seventh Street
Suite 1100 – S
Springfield, Illinois 62794-9461

  Mr. Monken is the Director of the Illinois Department of State Police. In that capacity he is responsible for issuing FOIDs. Mr. Monken may have knowledge regarding the content of a set of laws, customs, practices, and policies—which he is responsible for enforcing—regarding the possession of firearms in Illinois by non-residents, including those set forth in the Illinois FOID Act.

B. **A COPY — OR A DESCRIPTION BY CATEGORY AND LOCATION — OF ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS THAT THE DISCLOSING PARTY HAS IN ITS POSSESSION, CUSTODY, OR CONTROL AND MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES, UNLESS THE USE WOULD BE SOLELY FOR IMPEACHMENT;**

  1. A copy of the FOID application submitted by Ms. Mishaga to the Illinois Department of State Police. [Bates Number 1]

  2. A copy of the March 26, 2010, check submitted with Ms. Mishaga's first FOID application. [Bates Number 2]

  3. A copy of the correspondence form sent to Ms. Mishaga by the Illinois Department of State Police in response to her first FOID application. [Bates Number 3]

  4. A copy of the May 17, 2010, letter sent by Ms. Mishaga to the Illinois Department of State Police with her second FOID application. [Bates Numbers 4]

  5. A copy of the May 17, 2010, check submitted with Ms. Mishaga's second FOID application. [Bates Number 5]

  6. A copy of the certified mail receipt for the second FOID application submitted by Ms. Mishaga. [Bates Numbers 6–7]

  7. A copy of the correspondence form sent to Ms. Mishaga by the Illinois Department of State Police in response to her second FOID application. [Bates Number 8]

C.    A COMPUTATION OF EACH CATEGORY OF DAMAGES CLAIMED BY THE DISCLOSING PARTY — WHO MUST ALSO MAKE AVAILABLE FOR INSPECTION AND COPYING AS UNDER RULE 34 THE DOCUMENTS OR OTHER EVIDENTIARY MATERIAL, UNLESS PRIVILEGED OR PROTECTED FROM DISCLOSURE, ON WHICH EACH COMPUTATION IS BASED, INCLUDING MATERIALS BEARING ON THE NATURE AND EXTENT OF INJURIES SUFFERED; AND

Not applicable.

D.    FOR INSPECTION AND COPYING AS UNDER RULE 34, ANY INSURANCE AGREEMENT UNDER WHICH AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY ALL OR PART OF A POSSIBLE JUDGMENT IN THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGMENT.

Not applicable.

Plaintiff will timely supplement these disclosures as needed. *See* Fed. R. Civ. P. 26(e).

Done this 25th day of January 2011.

    MOUNTAIN STATES LEGAL FOUNDATION

    By: _____
    James M. Manley
    Mountain States Legal Foundation
    2596 South Lewis Way
    Lakewood, Colorado 80227
    (303) 292-2021
    (303) 292-1980 (facsimile)
    jmanley@mountainstateslegal.com

    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on the 25th day of January 2011, a true and accurate copy of forgoing document was served on all other counsel of record via U.S. mail, first class, postage prepaid, addressed as follows:

Joanna Belle Gunderson
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, IL  62706

                                               /s/ Jane Larrew
                                               Jane Larrew

# ILLINOIS STATE POLICE — APPLICATION FOR FIREARM OWNER'S IDENTIFICATION CARD

**WARNING:** Entering false information on an application for a Firearm Owner's Identification Card is punishable as a Class 2 felony in accordance with subsection (d-5) of Section 14 of the Firearm Owner's Identification Card Act.

Remit exactly $10.00 in check or money order payable to FOID. THIS FEE IS NONREFUNDABLE

Document #: [blank]

- **Last Name:** MISHAGA
- **First Name:** M ELLEN
- **M. Initial:** A
- **Suffix:** III
- **Street Address:** 9104 GREGORY CT
- **Apt:** [blank]
- **City/Town:** MENTOR
- **State:** OH
- **Zip Code:** 44060
- **County Code:** 900 (See Back for County Code Listings)
- **Date of Birth:** 09/04/1944
- **List Any Previous Names:** LEIGHTY

- **SEX:** ☒ Female
- **RACE:** ☒ White
- **HEIGHT:** 5 ft 02 in
- **WEIGHT:** 175 lbs
- **EYE COLOR:** ☒ Hazel
- **HAIR COLOR:** ☒ Brown



**1. Place of Birth — State or Country:** PENNSYLVANIA

**1a.** Are you a United States citizen or a naturalized citizen? **Yes** ☒  No ☐

If NO, you must provide your alien registration number or provide other proof of documentation. **Alien #:** 123456789
(Alien # — Resident Alien Card/Permanent Resident Card) (Admission # Form I-94/I-94W)

**Mandatory:** If you are 18 years of age or older, you must provide your Illinois Driver's License # or your State Identification #.

- **Illinois Driver's License Number:** A123 4567 8901
- **OR Illinois State Identification Number:** 1234 5678 901A

---

**FOR QUESTIONS 2-11 ANSWERED 'YES', PROVIDE DETAILED DOCUMENTATION.** Mark The Appropriate Box With An X. All definitions defined by the FOID Act.

| # | Question | Yes | No |
|---|---|---|---|
| 2 | Have you ever been convicted of a felony? | | ☒ |
| 3 | In the past 5 years, have you been a patient in any medical facility or part of any medical facility used primarily for the care or treatment of persons for mental illness? | | ☒ |
| 4 | Are you addicted to narcotics? | | ☒ |
| 5 | Are you mentally retarded? | | ☒ |
| 6 | Are you subject to an existing order of protection which prohibits you from possessing a firearm? | | ☒ |
| 7 | Within the past 5 years, have you been convicted of battery, assault, aggravated assault, violation of an order of protection, or a substantially similar offense in which a firearm was used or possessed? | | ☒ |
| 8 | Have you ever been convicted of domestic battery or a substantially similar offense (misdemeanor or felony)? | | ☒ |
| 9 | Have you ever been adjudicated a delinquent minor for the commission of an offense that if committed by an adult would be a felony? | | ☒ |
| 10 | Are you an alien who is unlawfully present in the United States? | | ☒ |
| 11 | Have you ever been adjudicated as a mental defective? | | ☒ |

**Optional Numbers**
- Social Security Number: 123 45 6789
- Area Code / Daytime Phone Number: 440 205 1958

My signature authorizes the Illinois State Police to verify answers given with the Department of Human Services and any medical facility used for the care or treatment of mental illness. I hereby solemnly affirm that the information contained herein is true to the best of my knowledge. I consent to the use of my digital Illinois Driver's License or Illinois State Identification photo and signature. I understand that I am still required to submit a photo and signature with this application.

**SIGNATURE:** M. Ellen Mishaga (Please sign inside the box)

---

**IF YOU ARE UNDER 21:** The minor applicant and their parent or legal guardian must complete this section. The signature of the applicant's parent or legal guardian is required.

The parent or legal guardian giving the consent shall be liable for any damages resulting from the applicant's use of firearms or firearm ammunition.

1. Have you (the minor) ever been convicted of a misdemeanor other than a traffic violation? ☐ ☐
2. Have you (the minor) ever been adjudged delinquent? ☐ ☐
3. Are you (the minor) subject to a petition alleging you are a delinquent minor for the commission of an offense that if committed by an adult would be a felony? ☐ ☐

**Parent or Legal Guardian Information**

Relationship (Mark with an X): Father ☐ / Mother ☐ / Legal Guardian ☐

Parent or legal guardian must be 21 years of age and eligible to acquire or possess firearms or firearm ammunition. Legal Guardian must submit a copy of legal guardianship court order.

- Parent/Guardian Last Name: PARENT/GUARDIAN
- First Name: [blank]  MI: [blank]
- Date of Birth: MM/DD/YYYY
- Male ☐  Female ☐
- Illinois Driver's License or State ID #: A123 4567 8901

I hereby give my consent for this applicant to possess and acquire firearms and firearm ammunition. My signature authorizes the Illinois State Police to verify with the Department of Human Services and any medical facility used for the care or treatment of mental illness that I should not be prohibited from holding a Firearm Owner's Identification Card. I declare the above statements are true and accurate.

Signature of Parent/Legal Guardian Required

1



**2**

# ILLINOIS STATE POLICE
*Firearms Services Bureau*

Your Firearm Owner's Identification (FOID) application(s) is being returned to you for completion or correction. The Illinois State Police is unable to process your application as submitted for the following reason(s):

☐ **Application re-submission needed.** Fully complete the enclosed application and return it promptly in the enclosed envelope. The application has been marked to indicate your processing fee has been received and deposited.

☐ **Out-of-date application.** Complete the enclosed FOID application exactly as the original application. **(Please note, all items printed in red on application are now mandatory.)**

☐ **The highlighted portions of the application must be completed.**

☒ **No Illinois driver's license number or state identification number provided.** (If you are employed in the protective, security, or public safety fields in Illinois AND that employment requires you to have a FOID card OR you are in the United States Armed Services on <u>permanent duty</u> assignment in Illinois, you may be eligible for relief from this requirement. Please call the Firearms & Information Resources Bureau at 217/782-7980, if you would like information on the relief process.)

☐ **Written consent is not from a parent or legal guardian.** The relationship shown is not a parent or legal guardian; therefore it is not acceptable. If the individual listed on the enclosed application is your legal guardian, submit a copy of the legal guardian court order with the enclosed application. A spouse is not a legal guardian without guardianship papers.

☐ **No guardianship papers provided.** The relationship shows Legal Guardian. Please submit a copy of the legal guardianship court order papers.

☐ **No processing fee provided.** Submit a $10.00 check or money order payable to FOID with your photograph and application. Do not submit cash or copies of the money order.

☐ **Incorrect fee or incomplete check.** Please submit correct fee/check with the enclosed application.
___ incorrect fee ___ cash not accepted ___ check not signed ___ payee not completed

☐ **Amount of check does not equal the number of applications submitted.**
_____ check amount _____ number of applications received

☐ **No photograph/unacceptable photograph.** Submit a recent, clear, head and shoulder photograph, approximately 1 inch by 1½ inches in size.

☐ **Application is incomplete, illegible or damaged in mail.** The condition of the application you submitted is not acceptable for processing.

☐ **No Alien Number provided.** The question "Are you a United States citizen or a naturalized citizen?" was answered "No". Please provide your INS/Alien Number and your country of birth.

☐ **Previous payment already received.** No additional payment is necessary.

☐ **Other Reason/Additional Information:** _____

_____

Please make the necessary corrections and return the <u>FOID application</u>, <u>$10.00 payment</u> and <u>photo</u> to:

Illinois State Police - FOID
Post Office Box 19233
Springfield, Illinois 62794-9233

3

Additional FOID applications can be found at http://www.isp.state.il.us/foid/firearms.cfm. Please contact us at 217/782-

M. Ellen Mishaga
9104 Gregory Court
Mentor, Ohio 44040
440-205-1958 (Home)
gemishaga@sbcglobal.net

May 17, 2010

Illinois State Police – FOID
Post Office Box 19233
Springfield, IL 62794-9233

To Whom It May Concern:

On March 27, 2010, I submitted an application for a Firearm Owner's Identification Card (FOID). On April 30, 2010, my application was returned to me because I did not provide an Illinois Driver's License Number or an Illinois State Identification Number.

I do not have an Illinois Driver's License Number or an Illinois State Identification Number. Also, I do not meet either of the exceptions to this requirement described in your response to my initial application. However, I do meet all the other requirements for a FOID card. Therefore, I respectfully request that you process my application as originally submitted. I have included my original application with this letter, along with appropriate payment.

Sincerely,

*M. Ellen Mishaga* [signature]

M. Ellen Mishaga

Enclosures:   FOID application
              Check
              FOID response

4



5

```
                MENTOR PO
               MENTOR, Ohio
                440609998
              3816630722 -0096
05/18/2010    (440)255-2798      09:59:18 AM
================================================
                 Sales Receipt
Product         Sale    Unit         Final
Description     Qty     Price        Price

SPRINGFIELD IL                       $0.44
62794-9233 Zone-4
First-Class Letter
 0.80 oz.
 Expected Delivery: Fri 05/21/10
 Return Rcpt (Green Card)            $2.30
 Certified                           $2.80
 Label #:        70093410000151557372
                                   ========
Issue PVI:                           $5.54


Total:                               $5.54

Paid by:
Cash                                $20.00
Change Due:                        -$14.46

Order stamps at USPS.com/shop or call
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| | SPRINGFIELD IL 62794-9233 | |
| Postage | $ | $0.44 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 |

Postmark Here — MENTOR OH 44060 — MAY 8 2010 — USPS — 05/18/2010

7009 3410 0001 5155 7372

Sent To: *ILLINOIS STATE POLICE - FOID*
Street, Apt No.; or PO Box No. *P.O. Box 19233*
City, State, ZIP+4 *SPRINGFIELD, ILL. 62794-9233*

6

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

M. ELLEN MISHAGA
9104 GREGORY CT
MENTOR, OH 44060-4429

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ILLINOIS STATE POLICE - FOID
POST OFFICE BOX 19233
SPRINGFIELD, ILL 62794-9233

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  LANTER DELIVERY  ☐ Agent
                    ☐ Addressee
B. Received by (Printed Name)  SYSTEMS, INC  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7009 3410 0001 5155 7372

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7

ILLINOIS STATE POLICE
*Firearms Services Bureau*

*I mailed for 6-14-10 copy (money)*

Your Firearm Owner's Identification (FOID) application(s) is being returned to you for completion or correction. The Illinois State Police is unable to process your application as submitted for the following reason(s):

- ☐ **Application re-submission needed.** Fully complete the enclosed application and return it promptly in the enclosed envelope. The application has been marked to indicate your processing fee has been received and deposited.

- ☐ **Out-of-date application.** Complete the enclosed FOID application exactly as the original application. (Please note, all items printed in red on application are now mandatory.)

- ☐ **The highlighted portions of the application must be completed.**

- ☐ **No Illinois driver's license number or state identification number provided.** (If you are employed in the protective, security, or public safety fields in Illinois AND that employment requires you to have a FOID card OR you are in the United States Armed Services on <u>permanent duty</u> assignment in Illinois, you may be eligible for relief from this requirement. Please call the Firearms & Information Resources Bureau at 217/782-7980, if you would like information on the relief process.)

- ☐ **Written consent is not from a parent or legal guardian.** The relationship shown is not a parent or legal guardian; therefore it is not acceptable. If the individual listed on the enclosed application is your legal guardian, submit a copy of the legal guardian court order with the enclosed application. A spouse is not a legal guardian without guardianship papers.

- ☐ **No guardianship papers provided.** The relationship shows Legal Guardian. Please submit a copy of the legal guardianship court order papers.

- ☐ **No processing fee provided.** Submit a $10.00 check or money order payable to FOID with your photograph and application. Do not submit cash or copies of the money order.

- ☐ **Incorrect fee or incomplete check.** Please submit correct fee/check with the enclosed application.
  ___ incorrect fee   ___ cash not accepted   ___ check not signed   ___ payee not completed

- ☐ **Amount of check does not equal the number of applications submitted.**
  _____ check amount   _____ number of applications received

- ☐ **No photograph/unacceptable photograph.** Submit a recent, clear, head and shoulder photograph, approximately 1¼ inch by 1½ inches in size.

- ☐ **Application is incomplete, illegible or damaged in mail.** The condition of the application you submitted is not acceptable for processing.

- ☐ **No Alien Number provided.** The question "Are you a United States citizen or a naturalized citizen?" was answered "No". Please provide your INS/Alien Number and your country of birth.

- ☐ **Previous payment already received.** No additional payment is necessary.

- ☒ **Other Reason/Additional Information:** <u>Due to IL state law, you must have a valid IL driver's license or IL state ID</u> in order to be <u>eligible</u> for an IL FOID card.

Please make the necessary corrections and return the <u>FOID application</u>, <u>$10.00 payment</u> and <u>photo</u> to:

Illinois State Police - FOID
Post Office Box 19233
Springfield, Illinois 62794-9233

Additional FOID applications can be found at <u>http://www.isp.state.il.us/foid/firearms.cfm</u>. Please contact us at 217/782-7980 if you have any further questions.

**8**