E-FILED
Thursday, 10 November, 2011   03:00:29 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 1

29

1     A. I submitted another application.

2     Q. Okay. And did you submit any, a letter of
3 explanation with the other application?

4     A. There was an explanation place on the second
5 application I don't recall what the, what we put on
6 that application.

7     Q. Was, after the second application was a FOID
8 card issued to you?

9     A. No.

10     Q. Do you remember what the response was to
11 your second application?

12     A. I believe it was the same as this, it was, I
13 think the response was the same as the first one.

14     Q. Okay. And a FOID card was never issued to
15 you?

16     A. A FOID card was never issued.

17     Q. Okay. And was any explanation offered for
18 why a FOID card wasn't being issued to you?

19     A. Because I was not a resident and because I
20 was, did not have an Illinois drivers license.

21     Q. Okay. Now you said you and your husband own
22 guns in Illinois in Ohio?

23     A. Correct.

24     Q. And how long have you and your husband owned

30

1  **guns in Ohio?**
2       A.  For as long as we've been married.
3       **Q.  And how long has that been?**
4       A.  13 years.
5       **Q.  When you are in Illinois at Nancy and Jim's**
6  **home, do you feel the need for protection?**
7       A.  I think there is always a need for
8  protection.
9       **Q.  Are you ever alone in Jim's and Nancy home?**
10      A.  Yes.
11      **Q.  What, why would you be alone in their home?**
12      A.  Jim and Gary could be hunting and Nancy is
13 out of town, Nancy is not always there the entire time
14 that I am.
15      **Q.  So when you're home alone, do you have the**
16 **run of the house or are you restricted to certain**
17 **areas?**
18      A.  Run of the house.
19      **Q.  Okay.  Now we talked about this a little bit**
20 **before but when you're traveling, your husband has**
21 **guns with him?**
22      A.  Uh-huh, yes.
23      **Q.  And would you have access to those guns if**
24 **you needed them?**

1    A. Yes.

2    Q. Now you believe that you have the right to
3 possess a gun in Illinois, that's a right that you
4 believe is protected by the Second amendment?

5    A. Correct.

6    Q. Would you exercise that right without, in
7 Jim and Nancy's home without their permission just as
8 a matter of courtesy?

9    A. Will you repeat that.

10   Q. Sure.

11         So you have a, we understand that you
12 have a right to possess a gun in Illinois and in a
13 home in Illinois that that's protected by the Second
14 Amendment?

15   A. Correct.

16   Q. Would you feel comfortable exercising that
17 right in Jim and Nancy's home without their
18 permission?

19   A. Yes, I would.

20   Q. Okay. Have you talked to Jim and Nancy
21 about this case?

22   A. Yes.

23   Q. And are they supportive?

24   A. Yes.