# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, | ) |
| | ) |
| Plaintiff, | ) No. 10-cv-03187-SEM |
| | ) |
| v. | ) |
| | ) **ORDER GRANTING JOINT MOTION TO** |
| HIRAM GRAU, Director of the Illinois | ) **VACATE TRIAL AND ASSOCIATED PRE-** |
| Department of State Police; MICHAEL | ) **TRIAL DEADLINES** |
| W. VORREYER, Master Sergeant, | ) |
| Illinois Department of State Police, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Upon the parties' joint Motion, and good cause appearing, IT IS HEREBY ORDERED that the trial in this matter scheduled for February 7, 2012, is vacated. It is FURTHER ORDERED that associated pretrial deadlines are vacated.

SIGNED this _____ day of January 2012.

_____
HON. SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE