# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, | ) |
|       Plaintiff, | ) |
| -vs- | ) No. 10-3187 |
| JONATHON MONKEN, Director of the Illinois Department of State Police; MICHAEL VORREYER, Master Sergeant, Illinois Department of State Police, | ) |
|       Defendant. | ) |

## MOTION TO SUBSTITUTE COUNSEL

NOW COME the Defendants, HIRAM GRAU, Director of the Illinois State Police[1], and MICHAEL W. VORREYER, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and for his Motion to Substitute Counsel, state as follows:

1. Former Assistant Attorney General Joanna Belle Gunderson has left the employ of the General Law Bureau of the Springfield Office of the Illinois Attorney General, and is no longer assigned to this matter.

2. Former Assistant Attorney General Bianca Chapman has left the employ of the General Law Bureau of the Springfield Office of the Illinois Attorney General, and is no longer assigned to this matter.

---

[1] Jonathan Monken is no longer the Director of the Illinois State Police ("Director"). As this matter is proceeding against the Director in his official capacity, Mr. Monken's successor, Hiram Grau, is automatically substituted for Mr. Monken as a Defendant in this matter pursuant to Fed. R. Civ. P. 25(d).

1

3. Assistant Attorney General Deborah L. Barnes is now assigned to represent the above-named Defendant in this matter.

4. It is requested that both former Assistant Attorney General Joanna Belle Gunderson and Assistant Attorney General Bianca Chapman be removed from the Court's service list as counsel for Defendant.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Honorable Court to allow the substitution of Assistant Attorney Deborah L. Barnes for former Assistant Attorney General Bianca Chapman and for former Assistant Attorney General Joanna Belle Gunderson, and that both former Assistant Attorney Generals Chapman and Gunderson be terminated and removed from the service list as counsel for Defendant named herein.

Respectfully submitted,

HIRAM GRAU,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By:  s/ Deborah Barnes
       Deborah Barnes, #6187804
       Assistant Attorney General
       500 South Second Street
       Springfield, Illinois  62706
       (217) 782-9094  Phone
       (217) 782-8767  Fax
       E-Mail:  dbarnes@atg.state.il.us

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, | ) |
|             Plaintiff, | ) |
| -vs- | ) No. 10-3187 |
| JONATHON MONKEN, Director of the Illinois Department of State Police; MICHAEL VORREYER, Master Sergeant, Illinois Department of State Police, | ) |
|             Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Deborah Barnes, Assistant Attorney General, hereby certify that on July 26, 2013, I electronically filed the foregoing, Defendants' Motion to Substitute Counsel, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Plaintiff:

    James M. Manley
    jmanley@mountainstateslegal.com

and I hereby certify that on July 26, 2013, I mailed by United States Postal Service, the document to the following non-registered participant:

                                None

                        Respectfully Submitted,

                          s/ Deborah Barnes
                        Deborah Barnes, #6187804
                        Assistant Attorney General
                        500 South Second Street
                        Springfield, Illinois  62706
                        (217) 782-9094  Phone
                        (217) 782-8767  Fax
                        E-Mail:  dbarnes@atg.state.il.us