IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ELLEN MISHAGA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10-cv-03187-SEM |
| | ) | |
| v. | ) | |
| | ) | **NOTICE** |
| HIRAM GRAU, Director of the Illinois | ) | |
| Department of State Police; MICHAEL | ) | |
| W. VORREYER, Master Sergeant, | ) | |
| Illinois Department of State Police, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, Ellen Mishaga, by and through undersigned counsel, submits the following notice.

As demonstrated in Plaintiff's Motion for Summary Judgment (Doc. 22), Illinois law generally prohibits possession of firearms and ammunition in Illinois, unless a person is also in possession of a Firearms Owner Identification card ("FOID").  Pl's Mot. for Summ. J. at 7 (citing 430 ILCS 65/2(a)) (filed Oct. 3, 2011); *see also Mishaga v. Monken*, 753 F. Supp. 2d 750, 753 (C.D. Ill. 2010) (denying motion to dismiss for failure to state a claim).  Plaintiff's Supplemental Brief (Doc. 34) makes clear that subsequent changes in statute and precedent have not abated this violation of Ms. Mishaga's constitutional rights.

In the nearly three years since the parties' cross-motions for summary judgment were briefed, Ms. Mishaga has made numerous visits to her friends in Illinois, suffering a violation of her constitutional rights with each visit.  Indeed, the FOID Act residency requirement constitutes a "fixed harm" and inflicts irreparable injury "every day it remains on the books."  *Ezell v. City of Chicago*, 651 F.3d 684, 698–99 (7th Cir. 2011).  Ms. Mishaga's next trips to Illinois are

scheduled to take place from September 18, 2014, through September 22, 2014, and November 13, 2014, through November 17, 2014.

DATED this 25th day of August 2014.

Respectfully submitted,

/s/ James M. Manley
James M. Manley, Esq.
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmanley@mountainstateslegal.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 25th day of August 2014, I filed the foregoing document using the CM/ECF system and caused counsel of record to be served electronically through the CM/ECF system.

/s/ James M. Manley
James M. Manley, Esq.