**E-FILED**
Friday, 31 October, 2014  06:16:39 PM
Clerk, U.S. District Court, ILCD

# **Exhibit 1**

1

1       IN THE UNITED STATES DISTRICT COURT

2        FOR THE CENTRAL DISTRICT OF ILLINOIS

3

4   ELLEN MISHAGA,                    )
                                      )
5               Plaintiffs,           )
                                      )
6      vs.                            )   No. 10-3187
                                      )
7   HIRAM GRAU, Director of           )
    the Illinois Department           )
8   of the State Police and           )
    MICHAEL VORREYER,
9
                Defendants.

10

11

12          Deposition of ELLEN MISHAGA, taken before

13   Cathy J. Craggs, CSR, at the instance of the

14   Defendants, on July 26, 2011, at the hour of 9:00

15   a.m., at 3000 Montvale, Springfield, Illinois,

16   pursuant to attached stipulation.

17

18

19

20           ASSOCIATED COURT REPORTERS
                 1-800-252-9915
21               P.O. Box 684
             Taylorville, Illinois 62568
22

23

24

2

1        S T I P U L A T I O N

2            It is stipulated between the parties

3    herein, through their attorneys, that the deposition

4    of ELLEN MISHAGA may hereby be taken upon oral

5    interrogatories, on July 26, 2011, at the hour of 9:00

6    a.m., at 3000 Montvale, Springfield, Illinois, before

7    the instance of the Defendants, and before Cathy J.

8    Craggs, CSR and RPR.

9            That the oral interrogatories and the

10   answers of the witness may be taken down in shorthand

11   by the Reporter and afterwards transcribed.

12           That the reading and signing of said

13   deposition is waived.

14           That the deposition or any portions

15   thereof may be used by any of the parties hereto,

16   without foundation proof, for any purpose for which

17   depositions are competent.

18           That copies of the deposition may be

19   furnished to any of the parties at his or her own

20   expense.

21

22

23

24

3

APPEARANCES:    (July 26, 2011)


MOUNTAIN STATES LEGAL FOUNDATION
By Mr. Jim Manley
Attorney at Law
2596 South Lewis Way
Lakewood, Colorado 820227
     Appeared on behalf of the Plaintiff;

ATTORNEY GENERAL'S OFFICE
By Ms. Bianca R. Chapman
Attorney at Law
500 South Second Street
Springfield,Illinois 62706
     Appeared on behalf of the Defendants.

                    ***        ***

4

# I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| **ELLEN MISHAGA** | 5 | 28 | 32 | |

# E X H I B I T S

| EXHIBIT | PAGE |
|---|---|
| Exhibit 1 | 9 |
| Exhibit 2 | 21 |

***EXHIBITS ATTACHED***

7

1  time, just let me know and we can take a break as many

2  as necessary that you need.

3      A. Okay.

4      Q. Great.

5          Okay.  A little background here.

6          Can you tell me where you live?

7      A. Mentor, Ohio.

8      Q. Okay.  And how long have you been in Mentor?

9      A. 13 years.

10      Q. And before that where did you live?

11      A. University Heights, Ohio.

12      Q. Have you ever lived outside Ohio?

13      A. Yes.

14      Q. Where else have you lived?

15      A. Pennsylvania.

16      Q. And when was that?

17      A. From the time I was born until I was 17.

18      Q. And what's your address in Mentor, Ohio?

19      A. 9104 Gregory Court.

20      Q. And who do you live with?

21      A. My husband.

22      Q. And what's his name?

23      A. Garrick, G-A-R-R-I-C-K, Mishaga.

24      Q. And are you employed?

8

1    A. Retired.

2    **Q. Retired.**

3        **Okay, I'm going to ask you a few**

4    **questions about the complaint that you filed here.**

5        **As you know, we are here today because**

6    **you filed a complaint in Federal Court against the**

7    **Illinois State Police, correct?**

8    A. Correct.

9    **Q. Can you just tell me what that complaint is**

10   **about?**

11   A. Traveling to visit friends in Illinois and

12   not having the right to have a gun to, for protection.

13   **Q. So can you tell me what it is exactly that**

14   **you feel or scratch that not exactly, but can you just**

15   **tell me what it is that you feel Illinois State Police**

16   **has done wrong?**

17   A. Not allowing out of resident people to have

18   a gun to protect themselves.

19   **Q. And how do you think they've done that?**

20   A. By not allowing us to have a gun.  If I were

21   to just be stopped with a gun, it would be a felony.

22   **Q. So you believe that Illinois does not allow**

23   **out of state residents to have a gun?**

24   A. Correct.

9

1    Q. And you believe that the reason they or the

2    way that they accomplish that is by, if you were

3    stopped, you would be arrested, is that what you said?

4    A. I believe it would be a felony.

5    Q. Okay. Are there any other ways that you

6    feel that Illinois State Police has done something

7    wrong to you?

8    A. Not allowing me to get a FOID card because

9    I'm not a resident.

10   Q. Okay. Now have you submitted an application

11   for a FOID card?

12   A. Yes.

13   Q. And did you receive a response?

14   A. It was denied, I submitted it again with an

15   explanation and it was denied the second time.

16   Q. Okay. I want to show you what we will mark

17   today as Exhibit 1.

18                        (Exhibit 1 marked for identification

19                         by the Court Reporter.)

20   Q. Do you recognize what we've marked as

21   Exhibit 1?

22   A. Yes.

23   Q. And what do you recognize it as?

24   A. I believe this was returned with this marked

10

1   no Illinois drivers license, so I wasn't able to get

2   the FOID card.

3        **Q.  Okay.  Now take a minute and just look over**

4   **this sheet.  Do you see anywhere on that sheet, on**

5   **Exhibit 1, that your application has been denied?**

6        A.  I think it's where it's marked I don't have

7   an Illinois drivers license or a state number

8   provided.

9        **Q.  Okay.  If you could read to me just that**

10  **paragraph out loud.**

11       A.  No Illinois drivers license number or state

12  identification number provided.  If you are employed

13  in the protective security or the public safety fields

14  of Illinois and the employment requires you to have a

15  FOID card or you are in the United States armed

16  services on a permanent duty assignment in Illinois

17  you may be eligible for relief from this requirement.

18  Please call the firearms and information resource

19  bureau at 217-782-7980 if you would like information

20  on the relief process.

21       **Q.  Okay.  Can you also read the first paragraph**

22  **on that Exhibit 1?**

23       A.  Application --

24       **Q.  The first full paragraph at the top?**

11

1       A.  Okay.  Your Firearm Owner's Identification

2    application is being returned to you for completion or

3    correction.  The Illinois State Police is unable to

4    process your application as submitted for the

5    following reasons.

6       **Q.  Okay.  Then under following reasons, it's**

7    **checked where?**

8       A.  It's checked the fourth one that I did not

9    have a license.

10       **Q.  Okay.  But it doesn't say denied, is that**

11    **correct?**

12       A.  Well, it was denied.

13       **Q.  Does it say --**

14       A.  It doesn't say that, no.

15       **Q.  Okay, thank you.**

16             **And after you received that, did you**

17    **provide any additional information as requested?**

18       A.  I sent an application in again saying that I

19    was not a resident, that I don't have a FOID card, I

20    couldn't get a FOID card because I couldn't get a

21    drivers license in Illinois and submitted the

22    application the second time.

23       **Q.  Okay.  But with no additional information?**

24       A.  I don't remember.

12

Q. Now there is also a number listed on this Exhibit 1, did you call that number?

A. No.

Q. Okay. Now have you ever been convicted of a felony or a misdemeanor?

A. No.

Q. And I'm going to go through a lot of these and it's a little bit tedious but I'd just like to go through them and I'm sure --

A. Okay.

Q. -- they won't take too long.

As a minor were you ever adjudicated or delinquent for the commission of an offense that if committed by an adult would be a felony?

A. No.

Q. And are you now or have you ever been addicted to any narcotics?

A. No.

Q. And have you been a patient in a mental institution within the past five years?

A. No.

Q. Have you been adjudicated as mentally defective?

A. No.

13

1    Q.  With mental retardation?

2    A.  No.

3    Q.  Are you alien to the United States or were

4    you born in the United States?

5    A.  No.

6    Q.  You were born in the United States?

7    A.  Yes.

8    Q.  Okay.  Thank you.

9         Are you subject to an existing order of

10   protection?

11   A.  No.

12   Q.  And have you been convicted in the past five

13   years of battery, assault, aggravated assault or

14   violation of an order of protection?

15   A.  No.

16   Q.  And have you been convicted of domestic

17   violence?

18   A.  No.

19   Q.  Okay.  Now do you own guns currently?

20   A.  Yes.

21   Q.  Can you tell me what types of guns you own?

22   A.  I have a 380 semi automatic pistol.

23   Q.  Is that your only gun?

24   A.  That's the only one that I have used.

14

1  **Q. Okay. So do you own any other firearms?**

2  A. My husband does.

3  **Q. Okay. What about hunting rifles?**

4  A. My husband does.

5  **Q. And what date did you purchase your 380 semi**

6  **automatic?**

7  A. It was in March of this year.

8  **Q. Before March of this year have you ever**

9  **owned a gun?**

10  A. I had one when I was in my 20's that my dad

11  gave me.

12  **Q. And do you remember what kind of gun that**

13  **was?**

14  A. It was a pistol, I don't know.

15  **Q. And how long did you keep it?**

16  A. A couple of years.

17  **Q. Okay. And are you licensed or permitted to**

18  **carry or possess guns in your permanent resident state**

19  **of Ohio?**

20  A. The concealed carry --

21  MR. MANLEY: Hold on, objection

22  can you cut that down to two questions, or it's kind

23  of a compound question.

24  **Q. Are you, you can answer.**

15

1        **Are you licensed or permitted to carry**
2  **or possess guns in your permanent resident state?**
3        A.  I'm permitted to carry guns, we don't need a
4  license.
5        **Q.  Okay.  And so when you say you're permitted**
6  **to carry guns, did you have a permit that allows you**
7  **to do that?**
8        A.  No.
9        **Q.  Do you have a license to do that?**
10       A.  No.
11       **Q.  Do you have to register to do that?**
12       A.  No.
13       **Q.  So tell me what's the process in Ohio that**
14  **allows you to, to carry guns?**
15       A.  I don't know that I understand that.  We are
16  allowed to have guns in our home.  I don't have a
17  license to go out and carry a gun like in public, I
18  don't have that, but I'm allowed to own a gun.
19       **Q.  Okay.  So you don't have a, a license or**
20  **permit --**
21       A.  No.
22       **Q.  -- to carry a gun outside your home?**
23       A.  No.
24       **Q.  Okay.  So then you don't have a concealed**

16

1  carry license?

2      A. No.

3      Q. Have you applied for one?

4      A. No.

5      Q. And why haven't you applied for one?

6      A. I didn't feel I needed one.

7      Q. And why do you feel you don't need one?

8      A. Because I'm allowed to use a gun in my home

9  for protection, so I don't need, that's the only place

10 I would want to, to have a gun for protection.

11     Q. Okay. So the only place that you feel like

12 you need a gun for protection is inside of your home?

13     A. Correct.

14     Q. So when you leave out of your home you don't

15 feel like you need a gun?

16     A. Well, my husband has his.

17     Q. Okay. And when you leave the home, are you

18 always with your husband?

19     A. No.

20     Q. So you feel safe to leave your home and

21 travel about in Ohio without carrying a gun with you,

22 having a gun with you for protection?

23     A. Yes.

24     Q. Now did you have a license to carry or

17

1   possess a gun in any capacity in any other state?

2       A.  No.

3       Q.  **Have you ever applied for a license to carry**

4   **guns in any other states?**

5       A.  I don't think I understand that question

6   cause I don't know how that applies to the FOID card.

7       Q.  **Okay.  You can still answer the question.**

8           **Do you understand that, that what I'm**

9   **asking you is have you ever applied for a license to**

10  **carry or possess a gun in any other state?**

11      A.  I have never applied for a license.  I've

12  only applied for the FOID card.

13      Q.  **So you have never applied for a similar type**

14  **of card in any other state?**

15      A.  No.

16      Q.  **Do you travel to other states outside Ohio?**

17      A.  Yes.

18      Q.  **Where do you travel?**

19      A.  Pennsylvania, Maryland, Texas, Florida, and

20  all the states in between to get to those places.

21      Q.  **Okay.  But you don't have a license or a**

22  **card to carry guns in any of those states?**

23      A.  No.

24      Q.  **Do you carry guns with you to those states**

18

1    when you travel?

2         A.  No, but my husband does.

3         Q.  **Every time that you travel to those states**

4    **does your husband accompany you?**

5         A.  Pretty much, maybe not every time, but most

6    often we are together.

7         Q.  **Okay.  So if you had to guess about how many**

8    **times do you travel to those states when your husband**

9    **is not with you?**

10        A.  Maybe once every five years.

11        Q.  **Okay.  And when you travel to those states,**

12   **is it usually for business, vacation, for what**

13   **purpose?**

14        A.  Vacation, family, visits.

15        Q.  **And where do you stay when you travel to**

16   **those states?**

17        A.  Hotels, people's homes.

18        Q.  **So you travel to hotels and people's homes**

19   **in Pennsylvania, Maryland, Florida?**

20        A.  Correct.

21        Q.  **But you don't have a license to carry guns**

22   **in those states?**

23        A.  No.

24        Q.  **Okay.  And so when you travel by yourself to**

19

1  Pennsylvania, Maryland and Florida and you stay in

2  people's homes, you don't bring your firearm with you?

3      A.  No, but they have firearms at their homes.

4      Q.  And can you tell me how many times have you

5  traveled to Illinois since January 2008?

6      A.  Oh, 2008.

7      Q.  Uh-huh.

8      A.  It's usually at least twice a year,

9  sometimes three within a year.

10      Q.  And so in 2008 about how many times do you

11  think?

12      A.  Twice.

13      Q.  About twice.

14          And 2009?

15      A.  Twice.

16      Q.  And 2010?

17      A.  Twice.

18      Q.  And this year 2011?

19      A.  Once so far.

20      Q.  Today?

21      A.  Correct.

22      Q.  So have you --

23      A.  A couple of days, we were here Sunday.

24      Q.  Okay.  So in 2011 you only traveled here for

1  this specific trip?

2      A.  This time, yes.

3      **Q.  And when you travel to Illinois, how do you**

4  **get here?**

5      A.  Drive.

6      **Q.  Do you drive each time?**

7      A.  Uh-huh, yes.

8      **Q.  And about how long do you stay?**

9      A.  Anywhere from 4 to 7 days.

10     **Q.  And on these trips where do you stay?**

11     A.  At Jim and Nancy Telzrow's.

12     **Q.  Jim and Nancy?**

13     A.  Telzrow, T-E-L-Z-R-O-W.

14     **Q.  Where do Jim and Nancy stay?**

15     A.  Where do they live?

16     **Q.  Where do they live?**

17     A.  White Hall.

18     **Q.  Can you give me their address?**

19     A.  They have a post office box, they have no

20  street name.

21     **Q.  Okay.  Fair enough.  They have no street**

22  **name?**

23     A.  (Nod Negatively).

24     **Q.  Can you, do you know their post office box?**

21

1     A.  No.

2     Q.  Okay.  And do Jim and Nancy own guns?

3     A.  Yes.

4     Q.  Do they have FOID cards?

5     A.  I don't know.

6     Q.  So then you don't know if they ever had a

7  FOID card revoked?

8     A.  I don't know.

9     Q.  And has Jim expressed to you that he would

10  give you his permission to carry a weapon in his home?

11     A.  No.

12     Q.  Has Nancy expressed to you that she would

13  give you permission to carry a gun in their home?

14     A.  No, no.

15                    (Exhibit 2 marked for identification

16                    by the Court Reporter.)

17     Q.  Do you recognize Exhibit 2, Ms. Mishaga?

18     A.  Yes.

19     Q.  What do you recognize it as?

20     A.  The complaint for, the First Amended

21  Complaint For Declaratory and Injunctive Relief.

22     Q.  That is the complaint that you filed in this

23  case?

24     A.  This one has a different date, I'm familiar

1    A.  (Nod negatively.)  I don't know.

2    **Q.  So can you tell me what's the basis for your**

3  **belief that it's even brought into Illinois?**

4    A.  Because he hunts and he carries the gun with

5  him often, but I don't know always when he has the

6  gun.  He usually puts in the car, he doesn't tell me,

7  I just assume that it's there.

8                   MS. CHAPMAN:  Okay.  Well, I

9  think those are all the only questions that I have for

10  you right now.

11                   MR. MANLEY:  I have a couple.

12                   CROSS EXAMINATION CONDUCTED

13                   BY MR. MANLEY:

14    **Q.  So let's take a look at Exhibit 1.**

15           **So it says at the top there that your**

16  **application is being returned to you and that it was,**

17  **that they were unable to process your application.**

18  **What, when you received that back, what did you think**

19  **was going on with your application?**

20    A.  That it was being denied.

21    **Q.  And then what did you do based on that**

22  **belief?**

23    A.  Called you.

24    **Q.  And then did you submit another application?**

29

1     A. I submitted another application.

2     **Q. Okay. And did you submit any, a letter of**

3 **explanation with the other application?**

4     A. There was an explanation place on the second

5 application I don't recall what the, what we put on

6 that application.

7     **Q. Was, after the second application was a FOID**

8 **card issued to you?**

9     A. No.

10    **Q. Do you remember what the response was to**

11 **your second application?**

12    A. I believe it was the same as this, it was, I

13 think the response was the same as the first one.

14    **Q. Okay. And a FOID card was never issued to**

15 **you?**

16    A. A FOID card was never issued.

17    **Q. Okay. And was any explanation offered for**

18 **why a FOID card wasn't being issued to you?**

19    A. Because I was not a resident and because I

20 was, did not have an Illinois drivers license.

21    **Q. Okay. Now you said you and your husband own**

22 **guns in Illinois in Ohio?**

23    A. Correct.

24    **Q. And how long have you and your husband owned**

30

1  guns in Ohio?

2      A.  For as long as we've been married.

3      Q.  And how long has that been?

4      A.  13 years.

5      Q.  When you are in Illinois at Nancy and Jim's

6  home, do you feel the need for protection?

7      A.  I think there is always a need for

8  protection.

9      Q.  Are you ever alone in Jim's and Nancy home?

10     A.  Yes.

11     Q.  What, why would you be alone in their home?

12     A.  Jim and Gary could be hunting and Nancy is

13  out of town, Nancy is not always there the entire time

14  that I am.

15     Q.  So when you're home alone, do you have the

16  run of the house or are you restricted to certain

17  areas?

18     A.  Run of the house.

19     Q.  Okay.  Now we talked about this a little bit

20  before but when you're traveling, your husband has

21  guns with him?

22     A.  Uh-huh, yes.

23     Q.  And would you have access to those guns if

24  you needed them?

31

1      A. Yes.

2      Q. Now you believe that you have the right to

3  possess a gun in Illinois, that's a right that you

4  believe is protected by the Second amendment?

5      A. Correct.

6      Q. Would you exercise that right without, in

7  Jim and Nancy's home without their permission just as

8  a matter of courtesy?

9      A. Will you repeat that.

10      Q. Sure.

11          So you have a, we understand that you

12  have a right to possess a gun in Illinois and in a

13  home in Illinois that that's protected by the Second

14  Amendment?

15      A. Correct.

16      Q. Would you feel comfortable exercising that

17  right in Jim and Nancy's home without their

18  permission?

19      A. Yes, I would.

20      Q. Okay.  Have you talked to Jim and Nancy

21  about this case?

22      A. Yes.

23      Q. And are they supportive?

24      A. Yes.

34

1    another place you listed?

2        A.  All the states that are in between all those

3    places.

4        Q.  Okay.  And you stay with, I believe you told

5    me your relatives?

6        A.  Friends and relatives.

7        Q.  Okay.  Are you ever alone in their homes?

8        A.  I don't know if there is an occasion that we

9    would be alone or not in Illinois, yes.  I would guess

10    I would be alone in their home if they had to go do an

11    errand or something I would say yes.

12        Q.  Okay.  So is it your testimony that over the

13    years that you've traveled there, there have been

14    occasions where you've been alone in their homes?

15        A.  Yes.

16        Q.  Okay.  Now you just testified that you and

17    your husband owned guns for the, the 13 years you have

18    been married?

19        A.  Yes.

20        Q.  I would just like to clarify to, when was

21    the first time that you, you purchased a handgun?

22        A.  I didn't purchase it myself, he purchased it

23    for me as a gift, and that was in March of this year.

24        Q.  Okay.  So March 2011 is the first time that