# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ELLEN MISHAGA, | ) |
|       Plaintiff, | ) No. 10-cv-03187-MPM-CHE |
| v. | ) |
| HIRAM GRAU, Director of the Illinois Department of State Police; MICHAEL W. VORREYER, Master Sergeant, Illinois Department of State Police, | ) DECLARATION OF JAMES L. TELZROW |
|       Defendants. | ) |

I, James L. Telzrow, declare as follows:

1. I am over eighteen years of age and I am competent to testify from my first-hand knowledge as to the matters set forth in this Declaration.

2. I am a citizen of the United States and have resided in the City of White Hall, Greene County, Illinois, for thirty-seven years.

3. I have possessed a valid Illinois Firearms Owner Identification Card ("FOID") for more than twenty years. My current FOID expires on March 1, 2019.

4. I lawfully possess firearms in my Illinois home for hunting and self-defense purposes.

5. I have know Plaintiff, Ellen Mishaga, for twelve years.

6. Several times each year, Ms. Mishaga and her husband travel to Illinois to visit my wife and me. When they make these trips, they stay in my home overnight.

7.  I want Ms. Mishaga to be able to lawfully possess a firearm for self-defense when she is a guest in my home. Accordingly, I have given Ms. Mishaga permission to access my firearms for self-defense purposes when she is a guest in my home.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28 day of September 2011.

*James L. Telzrow*
James L. Telzrow

2