# Exhibit 3

# ILLINOIS STATE POLICE
*Firearms Services Bureau*



Your Firearm Owner's Identification (FOID) application(s) is being returned to you for completion or correction. The Illinois State Police is unable to process your application as submitted for the following reason(s):

- ☐ **Application re-submission needed.** Fully complete the enclosed application and return it promptly in the enclosed envelope. The application has been marked to indicate your processing fee has been received and deposited.

- ☐ **Out-of-date application.** Complete the enclosed FOID application exactly as the original application.
  **(Please note, all items printed in red on application are now mandatory.)**

- ☐ **The highlighted portions of the application must be completed.**

- ☒ **No Illinois driver's license number or state identification number provided.** (If you are employed in the protective, security, or public safety fields in Illinois AND that employment requires you to have a FOID card OR you are in the United States Armed Services on permanent duty assignment in Illinois, you may be eligible for relief from this requirement. Please call the Firearms & Information Resources Bureau at 217/782-7980, if you would like information on the relief process.)

- ☐ **Written consent is not from a parent or legal guardian.** The relationship shown is not a parent or legal guardian; therefore it is not acceptable. If the individual listed on the enclosed application is your legal guardian, submit a copy of the legal guardian court order with the enclosed application. A spouse is not a legal guardian without guardianship papers.

- ☐ **No guardianship papers provided.** The relationship shows Legal Guardian. Please submit a copy of the legal guardianship court order papers.

- ☐ **No processing fee provided.** Submit a $10.00 check or money order payable to FOID with your photograph and application. Do not submit cash or copies of the money order.

- ☐ **Incorrect fee or incomplete check.** Please submit correct fee/check with the enclosed application.
  ___ incorrect fee   ___ cash not accepted   ___ check not signed   ___ payee not completed

- ☐ **Amount of check does not equal the number of applications submitted.**
  _____ check amount   _____ number of applications received

- ☐ **No photograph/unacceptable photograph.** Submit a recent, clear, head and shoulder photograph, approximately 1 inch by 1½ inches in size.

- ☐ **Application is incomplete, illegible or damaged in mail.** The condition of the application you submitted is not acceptable for processing.

- ☐ **No Alien Number provided.** The question "Are you a United States citizen or a naturalized citizen?" was answered "No". Please provide your INS/Alien Number and your country of birth.

- ☐ **Previous payment already received. No additional payment is necessary.**

- ☐ **Other Reason/Additional Information:** _____

Please make the necessary corrections and return the FOID application, $10.00 payment and photo to:

Illinois State Police - FOID
Post Office Box 19233
Springfield, Illinois 62794-9233

3

Additional FOID applications can be found at http://www.isp.state.il.us/foid/firearms.cfm. Please contact us at 217/782-