E-FILED
Friday, 31 October, 2014  06:16:39 PM
Clerk, U.S. District Court, ILCD

# Exhibit 6

| State | Substantially Similar | Regulates Who May Carry Firearms In Public | Reports Persons Authorized to Carry Firearms through Nlets- National Law Enforcement Telecommunications System | Reports Denied Persons to NICS- National Instant Criminal Background Check System | Prohibit Voluntary Mental Health Admission Last 5 Years | Prohibit All Involuntary Mental Health Admissions |
|---|---|---|---|---|---|---|
| ALABAMA | | ✓ | | ✓ | | ✓ |
| ALASKA | | ✓ | ✓ | ✓ | | |
| ARIZONA | | ✓ | ✓ | ✓ | | ✓ |
| ARKANSAS | | ✓ | | ✓ | ✓ | ✓ |
| CALIFORNIA | | ✓ | | ✓ | ✓ | ✓ |
| COLORADO | no response | | | | | |
| CONNECTICUT | | ✓ | | ✓ | | ✓ |
| DELAWARE | | ✓ | | ✓ | | |
| FLORIDA | | ✓ | ✓ | ✓ | | ✓ |
| GEORGIA | | ✓ | | | | ✓ |
| HAWAII | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| IDAHO | | ✓ | ✓ | ✓ | | ✓ |
| INDIANA | | ✓ | ✓ | ✓ | | ✓ |
| IOWA | | ✓ | | ✓ | | ✓ |
| KANSAS | | ✓ | ✓ | ✓ | | ✓ |
| KENTUCKY | | ✓ | ✓ | | | |
| LOUISIANA | | ✓ | | | | |
| MAINE | no response | | | | | |
| MARYLAND | no response | | | | | |
| MASSACHUSETTS | no response | | | | | |
| MICHIGAN | | ✓ | ✓ | ✓ | | ✓ |
| MINNESOTA | | ✓ | | | | |
| MISSISSIPPI | | ✓ | | ✓ | ✓ | ✓ |
| MISSOURI | | ✓ | | ✓ | | ✓ |
| MONTANA | | ✓ | ✓ | | | |
| NEBRASKA | | ✓ | ✓ | ✓ | | ✓ |
| NEVADA | no response | | | | | |
| NEW HAMPSHIRE | | ✓ | | | | |
| NEW JERSEY | | ✓ | | ✓ | | ✓ |
| NEW MEXICO | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| NEW YORK | | ✓ | | ✓ | | ✓ |
| NORTH CAROLINA | | ✓ | | ✓ | | ✓ |
| NORTH DAKOTA | | ✓ | ✓ | ✓ | | ✓ |
| OHIO | | ✓ | ✓ | ✓ | | ✓ |
| OKLAHOMA | | ✓ | ✓ | | | |
| OREGON | | ✓ | | ✓ | | ✓ |
| PENNSYLAVNIA | no response | | | | | |
| RHODE ISLAND | no response | | | | | |
| SOUTH CAROLINA | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SOUTH DAKOTA | | ✓ | ✓ | | | |

| State | Substantially Similar | Regulates Who May Carry Firearms In Public | Reports Persons Authorized to Carry Firearms through Nlets-National Law Enforcement Telecommunications System | Reports Denied Persons to NICS- National Instant Criminal Background Check System | Prohibits Voluntary Mental Health Admission Last 5 Years | Prohibits All Involuntary Mental Health Admissions |
|---|---|---|---|---|---|---|
| TENNESEE | | ✓ | ✓ | | | ✓ |
| TEXAS | | ✓ | ✓ | ✓ | | ✓ |
| UTAH | | ✓ | | ✓ | | ✓ |
| VERMONT | | ✓ | | ✓ | | ✓ |
| VIRGINIA | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| WASHINGTON | | ✓ | ✓ | ✓ | | ✓ |
| WASHINGTON D.C. | | | | ✓ | ✓ | ✓ |
| WEST VIRGINIA | | ✓ | | ✓ | | ✓ |
| WISCONSIN | | ✓ | ✓ | ✓ | | ✓ |
| WYOMING | | ✓ | ✓ | | | |

Revised: August 28, 2014