UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| ELLEN MISHAGA, | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 10-3187 |
| | ) |
| JONATHON MONKEN and | ) |
| MICHAEL W. VORREYER, | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to an Opinion entered by U.S. District Court Judge Sue E. Myerscough on 09/30/2015, that this case is dismissed without prejudice.--------------------------------------------------------------------------------------------------------

**Dated: October 1, 2015**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court